464 A.2d 531

Commonwealth v. Robinson, Appellant.

Petition for Allowance of Appeal
Denied Dec. 5, 1983.

Argued May 31, 1983. Leon A. Mankowski, for appellant; Ann Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.